UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:01-CR-0295-LRH-LRL |
| vs. | ) |
| Rodman Cleveland | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#65), sentencing held on September 23, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: OFFICE DEPOT
Amount of Restitution: $7,656.27

**Total Amount of Restitution ordered: $7,656.27\*\***
\*\*Joint and Several with Co-defendants Groover and Minnieweather

Dated this 28th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE